AIKEN SCHENK HAWKINS & RICCIARDI P.C.
4742 North 24th Street
Suite 100
Phoenix, Arizona 85016-4859
Telephone: (602) 248-8203
Facsimile: (602) 248-8840
D. Lamar Hawkins – 013251
E-Mail: dlh@hs-law.com
Attorneys for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 11 Proceedings |
|---|---|
| ATOMIC PEST CONTROL LLC, an Arizona limited liability company, | Case No. 2-09-bk-07232-RJH |
| Debtor. | **MASTER MAILING MATRIX** |
| Address: 1755 S. Recker Rd. Mesa, AZ 85206 | |
| Tax ID: 90-0279948 | |

Debtor, by and through undersigned counsel, hereby file its Master Mailing Matrix as attached hereto.

DATED this 14th day of April, 2009.

AIKEN SCHENK HAWKINS & RICCIARDI P.C.

By _____
D. Lamar Hawkins
4742 North 24th Street
Suite 100
Phoenix, Arizona 85016-4859
Attorneys for Debtor

COPY of the foregoing mailed, or served
via electronic notification* or fax** or if so marked,
this 14th day of April, 2009, to:

U.S. TRUSTEE'S OFFICE
230 N. First Ave., Ste. 204
Phoenix, AZ 85003-1706

_____

S:\AtomicPestControl\280040 1\Pleadings\NotMMM-Atomic.doc

ALLTEL
PO BOX 79033
PHOENIX, AZ   85062


ANDIAMO TELECOM
PO BOX 52599
PHOENIX, AZ   85072


AT&T ADVERTISING SOLUTIONS
4000 N. CENTRAL AVE.
BLDG. 2, SUITE 2150
PHOENIX, AZ   85012


ATTORNEY GENERAL OF AZ
1275 W. WASHINGTON ST.
PHOENIX, AZ 85007


AZ DEPT OF REVENUE
1600 W. MONROE, ROOM 720
PHOENIX, AZ 85007
ATTN: BK/LITIGATION SECTION


BANK OF AMERICA
BUSINESS CARD
PO BOX 15710
WILMINGTON, DE 19886-5710


CAPITAL ONE BANK (USA) N.A.
PO BOX 60599
CITY OF INDUSTRY, CA   91716-0599


CHASE BANK
PO BOX 78035
PHOENIX, AZ   85062-8035


CHEMTECH SUPPLY, INC.
1905 S. MACDONALD #8
MESA, AZ   85210

CINTAS CORP.
2425 N. NEVADA ST.
CHANDLER, AZ  85225


DEX MEDIA
P.O. BOX 79167
PHOENIX, AZ  85062


DEX MEDIA
PO BOX 79167
PHOENIX, AZ  85062-9167


EDWARD AND JUDY KEMP
D/B/A AIM PEST CONTROL
HCI BOX 1083
PAYSON, AZ  85541


IDEARC MEDIA CORP.
4050 E. COTTON CENTER BLVD.
BLDG. 3, SUITE 30
PHOENIX, AZ  85040


IDEARC MEDIA CORP.
ATTN: ACCT RECEIVABLE DEPT.
P.O. BOX 619009
DFW AIRPORT, TX  75261-9009


INTERNAL REVENUE SERVICE
210 E. EARLL
MS 5014 PX
PHOENIX, AZ  85012


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA, PA  19114-0326


INTERNAL REVENUE SERVICE
OGDEN, UT  84201

JOHN & JULIE BEEBE
1755 S. RECKER RD.
MESA, AZ  85206


JP MORGAN CHASE BANK N.A.
PO BOX 78039
PHOENIX, AZ  85062


JP MORGAN CHASE BANK N.A.
SUPERSTITION SPRINGS LPO
1750 S. POWER RD.
MESA, AZ  85206


JP MORGAN CHASE BANK, N.A.
COLLATERAL MGMT SMALL BUSINESS
PO BOX 4660
HOUSTON, TX  77210


JP MORGAN CHASE BANK, N.A.
PO BOX 78035
PHOENIX, AZ  85062-8035


MARATHON DATA SYSTEMS
4810 BELMAR BOULEVARD
WALL TOWNSHIP, NJ  07753


MARICOPA COUNTY TREASURER
301 W. JEFFERSON
PHOENIX, AZ 85003


NATIONAL BANK OF ARIZONA
PO BOX 80467
PHOENIX, AZ  85060-0467


NATIONAL BANK OF ARIZONA, N.A.
1119 W. SOUTHERN AVE.
MESA, AZ  85210

PIERCE EISLEN
7201 E. CAMELBACK RD., SUITE 245
SCOTTSDALE, AZ   85251


TELETRAC
7391 LINCOLN WAY
GARDEN GORVE, CA   92841-1428


TOSHIBA BUSINESS SOLUTIONS
C/O CIT TECHNOLOGY
PO BOX 100706
PASADENA, CA   91189-0706