AIKEN SCHENK HAWKINS & RICCIARDI P.C.
4742 North 24th Street
Suite 100
Phoenix, Arizona 85016-4859
Telephone: (602) 248-8203
Facsimile: (602) 248-8840
D. Lamar Hawkins – 013251
E-Mail: dlh@hs-law.com
Attorneys for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ATOMIC PEST CONTROL LLC, an Arizona limited liability company,<br><br>          Debtor.<br><br>Address:    1755 S. Recker Rd.<br>                   Mesa, AZ 85206<br><br>Tax ID:    90-0279948 | Chapter 11 Proceedings<br><br>Case No. 2-09-bk-07232-RJH<br><br>**LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS** |

Debtor, by and through undersigned counsel, hereby files its List of Creditors Holding 20 Largest Unsecured Claims as attached hereto.

DATED this ____ day of April, 2009.

                                          AIKEN SCHENK HAWKINS & RICCIARDI P.C.

                                          By _____
                                             D. Lamar Hawkins
                                             4742 North 24th Street
                                             Suite 100
                                             Phoenix, Arizona 85016-4859
                                             Attorneys for Debtor

S:\AtomicPestControl\280040 1\Pleadings\NotTop20-Atomic.doc

# UNITED STATES BANKRUPTCY COURT
## District of Arizona

In re  ATOMIC PEST CONTROL LLC ,
    Debtor

Case No. _____

Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| ANDIAMO TELECOM<br>PO BOX 52599<br>PHOENIX, AZ 85072 | | Trade debt | Contingent<br>Unliquidated | 19 |
| DEX MEDIA<br>P.O. BOX 79167<br>PHOENIX, AZ 85062 | | Trade debt | Contingent<br>Unliquidated | 2,329 |
| CHASE BANK<br>PO BOX 78035<br>PHOENIX, AZ 85062-8035 | | Trade debt | Contingent<br>Unliquidated | 4,473 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| CAPITAL ONE BANK (USA) N.A. PO BOX 60599 CITY OF INDUSTRY, CA 91716-0599 | | Trade debt | Contingent Unliquidated | 5,335 |
| AT&T ADVERTISING SOLUTIONS 4000 N. CENTRAL AVE. BLDG. 2, SUITE 2150 PHOENIX, AZ 85012 | | Trade debt | Contingent Unliquidated | 8,532 |
| CHEMTECH SUPPLY, INC. 1905 S. MACDONALD #8 MESA, AZ 85210 | | Trade debt | Contingent Unliquidated | 10,889 |
| IDEARC MEDIA CORP. 4050 E. COTTON CENTER BLVD. BLDG. 3, SUITE 30 PHOENIX, AZ 85040 | | Trade debt | Contingent Unliquidated Disputed | 16,836 |
| BANK OF AMERICA BUSINESS CARD PO BOX 15710 WILMINGTON, DE 19886-5710 | | Trade debt | Contingent Unliquidated | 20,861 |
| EDWARD AND JUDY KEMP D/B/A AIM PEST CONTROL HC1 BOX 1083 PAYSON, AZ 85541 | 928-474-5839 | Trade debt | Contingent Unliquidated | 57,000 |