Craig J. Bolton (No. 010783)
E-mail: cjb@jhc-law.com
**JENNINGS, HAUG & CUNNINGHAM, LLP**
2800 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-1049
Telephone: 602-234-7800
Facsimile: 602-277-5595

Attorneys for Melissa Petkoff and Anthony Petkoff

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| In re: | Chapter 11 Proceeding |
|---|---|
| ATOMIC PEST CONTROL, LLC, an Arizona limited liability company, | Case No.: 2:09-bk-07232-RJH<br>Case No.: 2:09-bk-07236-RTB |
| Debtor. | (Jointly Administered) |
| Address: 1755 South Recker Road<br>Mesa, AZ 85206 | |
| Tax ID: 90-0279948 | **APPLICATION FOR ORDER TO COMPEL ABANDONMENT** |
| In re: | |
| JOHN NELSON BEEBE and JULIE ANN BEEBE, | |
| Debtors. | |
| Address: 1755 South Recker Road<br>Mesa, AZ 85206 | |
| SSN: xxx-xxx-3193<br>xxx-xxx-2186 | |

Melissa Petkoff and Anthony Petkoff, creditors of the Bankruptcy Estate of John Nelson Beebe and Julie Ann Beebe ("Beebe"), hereby apply to the Court for its Order compelling the abandonment from the Beebe Bankruptcy Estate of all interest of Beebe in Tonto Rim Pest Control, PLLC (the "Property"). This Application is made pursuant to Bankruptcy Code § 554 because the Property is burdensome and is of inconsequential value and benefit to the Beebe Bankruptcy Estate.

This Motion is supported by the record of this case, including the Debtors' Schedules, which indicate that the Beebes' interest in the Property is of such minimal value that it is not even scheduled on Schedule B as a personal property interest of the Beebes.

DATED this 27th day of May, 2009.

JENNINGS, HAUG & CUNNINGHAM, LLP

/s/ Craig J. Bolton (010783)
Craig J. Bolton
Attorneys for Melissa Petkoff and
Anthony Petkoff

FILED via ECF this 27th day of May, 2009.

Copies copy mailed this
28th day of May, 2009, to:

D. Lamar Hawkins
Aiken Schenk Hawkins & Ricciardi, PC
4742 North 24th Street, Suite 100
Phoenix, AZ 85016
Attorneys for the Beebes

U.S. Trustee
Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003

/s/ Dianne Mitchell

2