# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | ATOMIC PEST CONTROL LLC | | |
| **Case Number:** | 2:09-bk-07232-RJH | **Chapter:** | 11 |
| **Date / Time / Room:** | THURSDAY, SEPTEMBER 24, 2009 11:00 AM   6TH FLOOR #603 | | |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES | | |
| **Courtroom Clerk:** | JANET SMITH | | |
| **Reporter / ECR:** | SHERI FLETCHER | | |

## *Matter:*

HEARING ON DISCLOSURE STATEMENT

**R / M #:**   69 / 0

## *Appearances:*

D. LAMAR HAWKINS, ATTORNEY FOR ATOMIC PEST CONTROL LLC
HAROLD CAMPBELL, ATTORNEY FOR CREDITOR
JAMES BALL, ATTORNEY FOR JP MORGAN CHASE

## *Proceedings:*

Mr. Hawkins informed he will amend the plan to address the objection of Chase.   He requested a 2 - 3 week continuance to deal with the amendment and Mr. Campbell.

COURT:  IT IS ORDERED CONTINUING THIS HEARING TO NOVEMBER 2, 2009 AT 3:00 PM.   THE DEADLINE FOR FILING THE AMENDED DISCLOSURE STATEMENT AND PLAN WILL BE OCTOBER 19, 2009 AND ANY RENEWAL OF OBJECTIONS WILL BE DUE OCTOBER 26, 2009.