# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | ATOMIC PEST CONTROL LLC | | |
| **Case Number:** | 2:09-bk-07232-RJH | **Chapter:** | 11 |
| **Date / Time / Room:** | MONDAY, NOVEMBER 02, 2009 03:00 PM   6TH FLOOR #603 | | |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES | | |
| **Courtroom Clerk:** | | | |
| **Reporter / ECR:** | N/A | | |

## *Matter:*

HEARING ON DISCLOSURE STATEMENT

**R / M #:**   69 / 0

**VACATED:  Hearing Cont to 12/17/9 @ 11am**

## *Appearances:*

NONE

## *Proceedings:*

VACATED: Hearing Cont to 12/17/9 @ 11am