# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | ATOMIC PEST CONTROL LLC | | |
| **Case Number:** | 2:09-bk-07232-RJH | **Chapter:** | 11 |
| **Date / Time / Room:** | THURSDAY, DECEMBER 17, 2009 11:00 AM   6TH FLOOR #603 | | |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES | | |
| **Courtroom Clerk:** | | | |
| **Reporter / ECR:** | N/A | | |

## Matter:

HEARING ON DISCLOSURE STATEMENT
**R / M #:**   69 / 0
**VACATED:   Order Entered Cont Hrg to 1/19/10 @ 10am**

## Appearances:

NONE

## Proceedings:

VACATED: Order Entered Cont Hrg to 1/19/10 @ 10am